AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Anjan Ghosh Tagore
*Defendant*

Case No. 8:06-cr-00392-PJM

APR 2 4 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anjan Ghosh Tagore

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Alleged Violation of Supervised Release

Date: April 17, 2019

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

By: J. Fletcher, Deputy Clerk

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/17/19 at *(city and state)* Greenbelt, MD | , and the person was arrested on *(date)* 4/24/19 |
| Date: 4/24/19 | *Arresting officer's signature* <br><br> DUSM Mark Guerin <br> *Printed name and title* |