===================================================================

# UNITED STATES DISTRICT COURT
## -----------------DISTRICT OF MARYLAND---------------

**UNITED STATES OF AMERICA**     *

    **v.**     *     Case No.:    PJM-06-0392

**ANJAN GHOSH TAGORE**     *

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in the case for Anjan Ghosh Tagore. I certify that I am admitted to practice in this Court.

                                        JAMES WYDA
                                        Federal Public Defender

                                    _____/s/_____
                                    AMY FITZGIBBONS, #97952
                                    Assistant Federal Public Defender
                                    Federal Public Defender's Office
                                    6411 Ivy Lane, Suite 710
                                    Greenbelt, Maryland 20770-1405
                                    Phone: (301) 344-0600
                                    Fax: (301) 344-0019
                                    Email: amy_fitzgibbons@fd.org